UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ASHTON SMITH,
    Plaintiff,

vs.

SHAWN RYKSE, Lt (I.C.F.),
JOSHUA RINCKEY. CO, (I.C.F.),
SILVERIO YBARRA, CO, (I.C.F.),
SADIE MASSIE, RN, (I.C.F.),
UNKNOWN YOUNG, CO, (I.C.F.),
UNKNOWN DRESCHER. CO, (I.C.F.),
UNKNOWN GAGE, CO, (I.C.F.),
IS sued Jointly & Severally,
individually and in their
official capacities.

    Defendants

NO. 1:23-CV-00759

HON. Hala Y. Jarbou

MAG. Phillip J. Green

DEMAND FOR
JURY TRIAL
ENDORSE HEREIN

---

PLAINTIFF'S AMENDED & SUPPLEMENTAL
COMPLAINT (UNDER 42 U.S.C. 1983)

---

COMES NOW Plaintiff Ashton Smith
proceeding in Pro Se Submitting his
Ameded & Supplemental Complaint

Pg. 1

alleging that multiple M.D.O.C. employees, in retaliation for Sexual harassment Complaint, Subjected Plaintiff to excessive force, inhumane cell conditions, Crule and unusual punishment, mental & emotional distress etc

## I. JURISDICTION & VENUE

1. This is a civil action authorized by 42 U.S.C.§ 1983 to redress, under color of state law, the deprivation of Rights Secured by the united State Constitution. This court has jurisdiction under 28 U.S.C. § 1331 and 1343 (3)(4). Declaratory Relief is sought pursuant to 28 U.S.C § 2201 and 2202. Plaintiff claims for injunctive relief are authorized by 28 U.S.C §§ 2283 & 2284 and Rule 65 of the Fed.R.Civ. P..

2. The Western District of Michigan is an appropriate Venue under 28 U.S.C. §§ 1391 (b) (2) because it is where the events giving rise to this claim occurred.

Pg.2

## II. PARTIES

3. Plaintiff Ashton Smith 619752, is and was, at all times mentioned herein a Prisoner of the state of Michigan's Michigan Department of Corrections (M.D.O.C). At the time of the events relevant hereto, Plaintiff was incarcerated at Ionia Corr. Fac. in Ionia. Plaintiff is Currently incarcerated at the Bellam Creek Correctional Facility in Ionia Michigan.

4. Defendant SHAWN RYKSE is an M.D.O.C. officer with the rank of Lieutenant. Who, at all times relevant hereto, was assigned to Ionia Corr. Fac.

5. Defendant JOSHUA RINCKEY is an M.D.O.C. officer with the rank of Correctional officer. Who, at all times relevant hereto, was assigned to Ionia Corr. Fac.

6. Defendant SILVERIO YBARRA is an M.D.O.C. officer with the rank of Correctional officer. Who at all times relevant hereto, was assigned to the Ionia Corr. Fac.

Pg. 3

7. Defendant SADIE MASSIE was, at all times relevant hereto Registered Nurse with the rank of Qualified Health Professional (Q.H.P), employed or Contracted by the M.D.O.C. to provide Medical Services to prisoners at Ionia Corr. Fac.

8. Defendant UNKNOWN YOUNG. was, at all times relevant hereto, a Correctional officer at the Ionia Corr. Fac.

9. Defendant UNKNOWN DRESCHER was, at all times relevant here to, a Correctional office at the Ionia Corr. Fac.

10. Defendant UNKNOWN GAGE was, at all times relevant hereto, a Correctional officer at the Ionia Corr. Fac.

11. Each Defendant, all of them, are sued individually and in his/her official capacities, each defendant carried out their duties and responsibilities pursuant to, and, acting under color of state law.

Pg. 4

## III. FACTS

12.    On approximately 5/26/23 at about 8:00 am Plaintiff made a sexual harassment P.R.E.A. Complaint to nurse Williams regarding C/O Rinckey ("Def. Rinckey" Here after) while She made her morning medication Rounds...

13.    The Prison Guard whom was escorting the nurse during that medication round Stated "Lets move it along and I'm telling Rinckey."

14.    Moments later Def. Rinckey made Rounds stopping at Plaintiff's door stating "Your going to fucking snitch on me with that P.R.E.A. shit, I got a threatening behavior (ticket) for you, you're going to read about you blind nigger."

15.    Def. Rinckey falsified two misconducts on the Plaintiff that day in retaliation for the verbal Sexual harassment Complaints Plaintiff made on Def. Rinckey earlier that morning...

Pg. 5

16. Over the next 5 days Def. Rinckey falsified approximately two additional misconducts on the Plaintiff stating "... You snitching blind nigger. I'm going to bury you in loss of priviges ..."

17. On approximatly 6/12/23 while Plaintiff was speaking with pych. Menard Sgt. bledsoe gave Plaintiff the altimatum to either be interviewed for the P.R.E.A. Complaint or Continue talking to pych. Menard stating "its now or never." Aad denied Plaintiff the opprotunity to Submit additional information regarding the Sexual harassment P.R.E.A. Complaint

18. Days later Plaintiff filed a grievance Kite on Sgt. Bledsoe for his actions alleged in paragraph # 17 of this Complaint.

19. On 6/14/23 Def. Ybara began to assault Plaintiff, by repeatedly cutting on Plaintiff ligth in his cell with the knowledge that Plaintiff

Pg.6

was extremely photophobic due to his diagnosis of keratoconus leye disease] and that the light would and did cause Plaintiff extreme pain and suffering, severe pounding headaches ~~painfuleyes~~ painful eyes, and dizziness. Def. Ybarra sole purpose for doing this ~~was~~ to punish ~~and deter~~ Plaintiff for/from filing grievances on Def. Rinckey and Sgt. Bledsoe stating"... lets see if your blind nigger ass will burn like a vampire with the lights on...".

20. Later that day ~~Def.~~Ybarra returned to Plaintiff cell stating "We don't have to allow you to cover your back window, but health care told us about your eye infections and light sensitivity ... If your going to grieve us, we're going to fuck ~~with you... ~~ Def. Ybarra ~~offered that~~ if Plaintiff would stop trying to grieve his boys, Plaintiff would not be written anymore

Pg.7

misconducts, he'd be allowed to cover his back window, his lights would remain off and the porters would be allowed to Power wash the feces from Plaintiff's cell walls.

21. Plaintiff did not agree, So, Def. Ybarra cut on Plaintiff's lights and walked away.

22. On 6/14/23 Def. Rinckey again in retaliation falsified 2 more misconducts stating that Plaintiff threatened to assualt him & that Plaintiff refused to give back his food/Breakfast tray, But Plaintiff did not commit either offense.

23. Def.Rinckey's sole reason for falsifying these misconducts and inaccurate dialoguee was to punish Plaintiff with loss of privilges as reprisal for the sexual harassment P.R.E.A. complaint and to deter Plaintiff from

Pg.8

Coninueing to engage in furthering his grievances.

24. The punishment that Plaintiff Suffered due to the beforementioned 6 falsified Retaliatory misconducts was approx. 120 of loss of priviges which consisted of exercise yard restriction, telephone restriction, approx. 30 days of detention and seven days of food loaf. causing severe head aches itchy pealing/cracking skin, stress weight loss, mental anguish and deterioration.

25. Def.'s Rinckey and Ybarra did forge the deputy Warden signature on a 7 day food loaf restriction in order to expedite the retaliatory punishment on the Plaintiff. (Deputy Warden Bonn was not present to sign the restriction himself on 6/17/23)

Pg.9

26. Def. Rinckey who was not assigned to the A-wing gallery this day left his post to come to come to Plaintiff's cell approx. 10:15 am & stated "How does that food loaf taste? you're one nigger that wont be eating fried chicken patties on Juneteenth and I'm going to write you some more tickets next week nigger".

27. Def. Rinckey & Def. Ybarra Ybarra stated on 6/17/23, That grievance is going to cost me, expect to get your cell torn up tonight. Lt Rykse will have a message from me for you... and if you continue you're a dead blind nigger. wait until second shift..."

28. On second shift. 6/17/23 approx. 3:30 pm Def. Rykse

Pg. 10

came to Plaintiff's cell stating "cuff up blind man!" "You have to go to the nurses station" He directed Plaintiff to remove his visually impaired talking watch stating "Why do you need to tell the time boy?.."

29.    Plaintiff ignored the racist comments & complied with the order. upon exiting the cell two officers escorted Plaintiff to the nursing exam station. while Def. Rykse & C/O Thatcher entered Plaintiff cell for 30 minutes. Def. Rykse was observed by Several prisoners, reading through and tearing up Plaintiffs' legal papers Smashing plaintiff talking watch against the Concret and leaving with 6 eye drop bottles, 5 empty & 1 full.

30.    Within the nursing exam station Def. Massie stated "I had you pulled out because C/O Rinckey reported

Pg. 11

that you was selling your eye drops: Plaintiff replied "he's lying because he's doing this because I filed a grievance". Def. Massie stated "Well you need to stop filing grievances and learn to let things go because this's how it will be for now on if he keeps reporting you, Right now we have your cell being searced..." Def. Massie insisted that Plaintiff stopp grieving Def. Rinckey & Def. Ybarra or "She'd make sure this happens again...because nobody likes a rat."

31. Plaintiff was returned to his cell approx. 5:30 pm to find that half of his legal papers had been torn up and strewn all over the cell, his talking watch was broken in multiple pieces and no longer worked.

Pg. 12

32. Def. Rykse stated to Plaintiff that if C/o Rinckey called for him..." Def. Rinckey Days later returned & told Plaintiff that if plaintiff did not heed the warnings, he would kill Him and they would act like it was a suicide...

33. Def.'s Rykse, Rinckey, Ybarra and Massie actions was adverse to this protected conduct and ment to Punish and deter Plaintiff from continuing to engage in Such conduct i.e. grievances...

34. Approx. on 6/23/23 Plaintiff was Unknowlingly scheduled to be heard on the 2 Retalialory Misconducts/ticket written by Def. Rinckey on 6/19/23.

35. Although Plaintiff wanted to attend the hearings regarding these falsified Misconducts written by Def. Rinckey on 6/14/24, he wasn't allowed, nor did anyone notify him of a Hearing.

Pg. 13

36.    Cell 35, 1-unit did have large amounts of caked up dried feces covering each of cell walls, door, floor & sink faucet ~~others~~ @ by the cell's former occupant, which, Plaintiff on umpteen occasions notified /showed Def. Rykse, Def. Rinckey, Def. Ybarra, Def. Drescher, Def Gage, PC Sanborn, ADW Dunigan, Def. Massie, Dep. Warden Bonn, et al, beganing in 5/2023 but each failed to /refused to have cell-35 power-washed.

37.    On 8/11/23 upon returning from the ophthalmologist Plaintiff plead ~~edith~~ with P.C. Sanborn stating " I've been suffering in that feces covered cell for months... I can't hold food down /vomiting, dizziness, I'm passing out, my skin is itchy. I can't sleep sometimes and I'm losing weight. My eyes are itchy and I'm getting ready to have a retina reattachment surgey. I can't recover this cell please move me to another cell..."

38.    PC Sanborn responded " You brought all this on yourself with your neediness and grievances ... who wants to help a motherfucker who complains 24/7? We'll see"!

39.    Plaintiff was removed from cell-35 as two prisoner was tasked with power-washing & sanitizing ~~my~~ cell (cell 35, 1-unit)

Pg. 14

40. On 8/11/23 about 6:20pm Def. Drescher and Def. Gage escorted Plaintiff back to his cell (1-35) which was covered in one-inch-deep standing feces water on the floor, on the desk, the bed platform and the window ledge/seal.

41. There was still feces caked up behind the cell door and on the walls.

42. Plaintiff mattress, towels and some Grievances/legal documents were soaked in the brown dirty smelly feces water

43. Plaintiff antibiotice eye drops were missing so was his toilet tissue, hand and body soap, adolitional washtowels and grievances/carbin copies of kite to the administration regarding cell conditions

44. On the next Rounds Plaintiff asked Def. Drescher, Def. Gage and Def. Young "Why'did'nt my cell get properly cleaned and dried?" "Can I have some towels and or mop to dry my floor?" "Can I have some soap to wash my hands"

Pg. 15

45. Def. Gage replied " I'm not giving you anything you can use that lawsuit to dry up that shit water Smith. Rethink that shit with Rinckey and rethink it fast!"

46. Def. Young stated "Your boy Mims filed that lawsuit on my L.t. (Rykse) for you. Well, L.t. got boys, too! and you're a guest at our house... Sleep on that shit because no one is giving you anything, but shit, tickets restrictions and hunger pains... "blind nigger"

47. upon the information and belief Def.'s Drescher, Young, and Gage, in retaliation for this Civil action brought against Def. Rykse, Rinckey, Ybarra & Massie, agreed amonst themselfs, to subject Plaintiff to extremely unsanitary conditions to break him mentally.

48. on or around 8/3/23 Prisoner Casnave informed Plaintiff that "Drescher, Gage and Young gave me a direct order to spray wash only some of that shit off your walls and to make sure we leave you enough shit water to swim in, because you're ratting on his boys"...

Pg. 16

49.    Another prisoner informed Plaintiff that "I seen C/o Drescher reading and writing down notes. He went right to your legal envelopes... check your eyedrop bottles, too, I saw Drescher fucking with them.".

50.    As a result of the prolonged exposure to human waste, Plaintiff did experience nausea, dizziness, vomiting head aches, weight loss, extreme stomach pains/cramping. black outs, skin pealing/itchiness, etc...

51. Def. Drescher did steal Plaintiff antibiotic eye drop and grievance / legal documents in retaliation for the lawsuit filed on Defs. Ryske, Rinckey, Ybarra & Massie

52.    Def's Drescher, Gage & Young agreed between ~~standing water by ordering~~ each other to intentually prolong Plaintiffs exposure to human waste. & standing water by informing/ordering the prisoner-porter no to ~~clean &~~ dry

Pg. 17

Plaintiffs cell (see:Misconduct) alleged within paragraph #47 & #48 of this Complaint."

53. After being denied a mop, towels and soap to clean up the feces filled Cell conditions, Plaintiff, was forced to endure these cell condition until 8-15-23, then was moved into cell 1-21, 1 unit

54. All Defendants (except Def.Massie) Continued to harass & degrade Plaintiff by denying him showers & recreation, falsifying food loaf / Paper restrictions, food deprivation...

55. Approx. 6:30 am, on 8/16/23 Def. Rinckey stated "go to the back of your cell and get on all four if your bitch ass wont this breakfast tray"... Plaintiff complied...

56. Def. Rinckey opened the bottom food slot and stated "You blind rat-coon snitching mother fucker, you'll learn Not to file law suits on me bitch" He then threw the breakfast tray

Pg.18

Onto the floor Causing the food to Spill out of the tray & onto the floor.

57.    Later that day, at lunch time, Plaintiff stated to Def.. Rinckey " lets resolve this and call it a truce" Def. Rinckey Slated "Okay , go to the back of your Cell and gel on all fours sit and Stay if you want to eat this lunch" Plaintiff Complied..

58 .  Def . Rinckey then opened the food slot Stating " Fuck your truce, fuck your lawsuit, Rat! I'll hang it on my refrigerator next to the other ones ... I'll show you what we do to rats we feed them poison . You better Stop Ratting !" Def .Rinckey  then Pushed Plaintiff foood causing it to spill all over the Cell floor!

59 .   Def . Rinckey sole reason for the actions alleged in paragraph # 54 through #58 was to punish an deter the

Pg. 19

Plaintiff for filing a lawsuit against him and from continuing to engage in such conduct.

60. Def. Rinckey did continue to throw plaintiff's food on the floor /deprive Plaintiff of food...

61. Plaintiff did continue to loose weight, and suffer mental and emotion distress /anguish due to the mental & emotinnal effects of food deprivation, Constant harass- ment, hunger pains fear and helplessness which was a result of the retaliatory acts of the Defendants.

62. (In April of 2023) prior to when these claims arose, Plaintiff did weigh approx. 230 pounds, in September 2023, Plaintiff had weighed approx. 185 Pounds, which he lost approx. 45 pounds in 5 months time.

Pg.20

63. The mental and emotional destress Caused by the Defendants retaliatory acts did greatly Contribute to this weight loss

64. On 9/27/23 Plaintiff received the hearing Report/Re: the falsified retaliatory Misconducts Written by Def. Rinckey On 6/14/23. Which was held On 6/23/23. (see: Paragraphs # 34 & 35)

65. There in, Plaintiff was then Made aware that Def. Ybarra had denied Plaintiff his due process Right to be present at those misconduct hearings, in retaliation and in collusion with Def. Rinckey ..., Defendant Ybarra did lie/falsify dialogue between himself and the Plaintiff stating" Smith said "no" he did not wish to attend these hearings....

66. Defendants Ybarra and Rinckey did this for the sole reason of

P.g. 21

Retaliation for the sexual harassment Complaint and to Prevent Plaintiff from raising a Claim of retaliation at the misconduct hearing.

67. In January 2024 Plaintiff was diagnosed with Vitamin-D Deficiency Caused by being deprived of natural Sunlight in Which the 120 day exersice yard restriction did contribute to. [see : Paragraphs # 16, #23 and #26 Of this complaint]

68. Plaintiff suffered and Continue Physical, emotional & mental injury as a result of the Defendants Petaliatory acts Such as muscle aches Severehead aches, bad Stomach pains excessive itching, cracking & pealing Skin. Nausea, Vomiting, hunger pains. Constant worrying, fear for saftey, etc.

IV. EXHAUSTION

69. Plaintiff has exhausted all available admistrative Remedies

Pg. 22

in regards to the origional, amended/supplemental complaint, and all claims allgeged herein.

## V. LEGAL CLAIM

70. The Deliberte indifference to Plaintiffs Serious medial needs, unsafe/inhumane conditions, Torture discrimination, Negligence, Retaliatory acts /harassment, Retaliatory Punishment, mental & emotional distress/anguish Violated Plaintiffs Ashton Smith rights under the Eighth, Fourteenth, First Fourth, Fifth, 8th, 14th, 1st, 4th, & 5th Amendment to the United States Constitulion.

71. The Plaintiff has no plain, adequate or complete remedy at law to redress the wrongs described herein. Plaintiff has been and will continue to be irreparable harmed/ injured by the misconduct of the defendants unless the court grants the declaratory and injunctive relief

Pg. 23

which Plaintiff seeks.

## VI.   PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully prays that this court enters Judgement, granting Plaintiff:

1. A declaration that the acts and omissions described herein violated the Plaintiff's rights under the constitution and Laws of the United States, and

3. A preliminary and permanent injunction ordering the M.D.O.C to cease the Enforcement of the 120 day unlawful loss of Priviges (exercise yard restriction) against Plaintiff. and

4. Granting compensatory damages in the amount of $70.000 (seventy thousand dollars and zero Cent) against each defendant, in their individual/personal capacity, jointly and severally. and

Pg. 24

75. Punitive damages in the amount of $7,000.00 (Seven thousand dollars and zero cent) against each defendant, in their individual / personal capacity, severally, and

76. Plaintiff's cost in this suit including $800.00 (Eight hundred dollars and zero cent) to Doyle Mims #838715 for constructing / drafting the original complaint for the plaintiff. and

77. A Jury Trial on all issues triable by Jury. and

87. Provisions / award for attorney fees, if appoint of counsel is granted. / granted for jury Trial and

78. An award of $70,000 (Seventy Thousand dollars and zero cent) against Defendants Rinckey & Ybarra & Gage & Drescher & Young each, Severally for the mental & emotional distress inflicted

Pg. 25

79. Any additional relief this Court deems just, proper, and equitable.

Dated : August 18, 2024

Kindly & Respectfully Submitted
Ashton Smith # 619752    Ashton Smith
In Pro Se
Bellamy Creek Correctional Facility
1727 W. Bluewater Hwy.
Ionia, MI 48846

## VERIFICATION

I verify under penalty of perjury that the foregoing is true and correct. Executed : on August 18, 2024

Ashton Smith

Ashton Smith # 619752
In ProSe
I.B.C.
1727 W Blue Water Hwy
Ionia, MI 48846

# CERTIFICATE OF SERVICE

I, Ashton Smith hereby certify that Via Expedited legal maid on 8/19/24 a copy of certificate of service served Atty's to be noticed. and A copy of the below mentioned Documents were served on the court (clerk of the court only)

* Dated 8/18/24.                a. Smith
* Prisoner Plaintiff In Pro se lack Sufficient copy paper needed to serve below documents on Attys to be noticed & MDOC / (IBC) officials refuse to Provide adequate Supply of copy paper.

1. Motion to Amended / supplmental Complaint
2. Amended / Supplemental complaint
3. Summons for New Parties X 3
4. Certificate of Service

X James E. Keathley
Atty. for ICF Defendants
P.O. Box 30217
Lansing, MI 48909

Clerk of the court
399 Federal Building
110 Michigan St NW
Grand Rapids, MI 49503

X Arthur W. Jalkanan
Atty. for Def. Massie
27400 Northwestern Hwy.
Suite #200
Southfield, MI 48075

8/18/24  a. Smith
A. Smith 619752
In Pro se
IBC
1727 W. Bluewater Hwy
Ionia, MI 48846

CC