UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---

ASHTON SMITH,

    Plaintiff,

v.

SHAWN RYKSE, ET AL.,

    Defendants.

No. 1:23-CV-759

Hon. Hala Y. Jarbou

Mag. Phillip J. Green

---

| | |
|---|---|
| Ashton Smith (619752) In Pro Se MRF 34625 26 Mile Rd. Lenox Twp., MI 48048 | James Keathley (P77488) Atty. For Defendants Asst. Atty. General P.O. Box 30217 Lansing, MI 48909 |

---

## PLAINTIFFS INDEX OF ATTACHED EXHIBITS

### EXHIBITS

Ex. A: Sworn Affidavit of Ashton Smith
Ex. B: Ophthalmology Reports
Ex. C: Eight O'Clock Coffee
Ex. D: 2018 RMI Grievances on CO Rinckey
Ex. E: Special Accom. Notice "Visually Impaired"

1

EX. F: Visually Impaired Designation (ADA)
EX. G: Optometry Record
EX. H: Medical Records
EX. I: Segregation Standards (P.D.04.05.120)
EX. J: Grievance Record (ICF-23-08-0831-17B)
EX. K: Grievance Record (ICF-23-08-0833-17b)
EX. L: Humane Treatment of Prisoners (P.D.03.03.130)
EX. M: Affidavit of Shannon Griffith ( )
EX. N: Prisoner Grievance Policy (PD 03.02.130)
EX. O: MDOC Department Work Rules
EX. P: E-Mail Chain From MDOC Administrators
EX. Q: Declaration of Edison Peoples (479867)
EX. R: Declaration of Doyle Mims (838715)
EX. S: Grievance Record (ICF-23-08-0837-26Z)
EX. T: Grievance Record (ICF-23-10-1026-19D)
EX. U: Sanitation & House Keeping (P.D.04.03.102)
EX. V: Kite/Response Re Feces in Cell
EX. W: Nursing Notes Re: Weight Loss
EX. Y: Prisoner Discipline (P.D.03.03.105)
EX. Z: Affidavit of Kevin Towns
EX. AA: Smith Cell History

Kindly Submitted
Ashton Smith
Ashton Smith #619750
In Pro Se
MRF 34625 26 Mile Rd
Lenox Twp MI 48048

2